**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **OSCAR MCNEESE ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-1394** |
| **DR. MICHAEL J. HICKHAM ET AL.** | **SECTION: "P" (3)** |

# ORDER

Considering the Motion to Dismiss Without Prejudice (R. Doc. 12) filed by Plaintiffs, Oscar and Brittanie McNeese, individually and on behalf of their minor child, A.M.,

**IT IS ORDERED** that the motion is **GRANTED**, and that the claims brought by Plaintiffs against Defendant Arthrex, Inc. in the above-captioned action are hereby **DISMISSED, WITHOUT PREJUDICE**, with each party to bear its own costs.[1] Accordingly,

**IT IS FURTHER ORDERED** that Defendant Arthrex, Inc.'s Motion to Dismiss Plaintiffs' Second Supplemental and Amending Petition for Damages Pursuant to Fed. R. Civ. P. 12(b)(6) (R. Doc. 9) is **DENIED AS MOOT**.

New Orleans, Louisiana, this 13th day of July 2026.

Darrel James Papillion

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

[1] *See Williams v. Seidenbach*, 958 F.3d 341, 345 (5th Cir. 2020) (en banc) (interpreting "action" in Federal Rule of Civil Procedure 41(a)—the rule governing voluntary dismissals of actions—to cover dismissals of individual defendants).