**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **OSCAR MCNEESE ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-1394** |
| **DR. MICHAEL J. HICKHAM ET AL.** | **SECTION: "P" (3)** |

**ORDER**

Considering the Motion to Dismiss Without Prejudice (R. Doc. 14) filed by Plaintiffs, Oscar and Brittanie McNeese, individually and on behalf of their minor child, A.M.,

**IT IS ORDERED** that the motion is **GRANTED**, and that the claims brought by Plaintiffs against Defendant Aspen Surgical Products, Inc. in the above-captioned action are hereby **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs.

**IT IS FURTHER ORDERED** that, because Aspen Surgical Products, Inc. was the only defendant remaining, the Clerk of Court shall close the above-captioned matter.

New Orleans, Louisiana, this 31st day of July 2026.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**